Lottie E. Fish, Appellee, v. William H. Fish, Appellant.

Gen. No. 21,295.    (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. CHARLES M. WALKER, Judge, presiding. Heard in this court at the March term, 1915. Affirmed. Opinion filed January 3, 1916.

## Statement of the Case.

Appeal by the defendant, William H. Fish, from a decretal order entered November 21, 1914, adjudging him guilty of contempt in failing to pay to complainant $228, the amount of alimony decreed to her July 10, 1910, at the rate of $12 per month from March, 1913. By a former order entered October 10, 1913, defendant was adjudged guilty of contempt in failing to pay the alimony decreed to complainant up to and including March, 1913. From that order he prosecuted a writ

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

of error to the Appellate Court and the order was affirmed October 5, 1915. See *Fish v. Fish,* 194 Ill. App. 521.

WILLIAM H. FISH, *pro se,* and E. M. SEYMOUR, for appellant.

FRED A. BANGS, for appellee; RICHARD H. COLBY, of counsel.

MR. JUSTICE BAKER delivered the opinion of the court.

### Abstract of the Decision.

1. JUDGMENT, § 648*—*when judgment not merged in bond.* A judgment adjudging one guilty of contempt in failing to pay alimony decreed to complainant is not merged in the bond filed thereunder, nor is the debt thereby satisfied.

2. APPEAL AND ERROR, § 709*—*when issue of writ of error does not stop further proceeding.* The fact that a writ of error has been issued in a proceeding to adjudge defendant guilty of contempt in failing to pay alimony, and has been made a supersedeas, does not prevent complainant from further proceeding to collect subsequently accruing instalments of alimony.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.